UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHENGHONG XIE,

Petitioner,

v.

CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center, et al.,

Respondents

Case No.: 3:26-cv-01116-RBM-MMP

**ORDER REQUIRING JOINT STATUS REPORT**

Pending before the Court is Petitioner Chenghong Xie's ("Petitioner") Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 1.)  In his Reply, Petitioner notes that he "has been moved to the Cal City detention [facility] since filing his habeas petition." (Doc. 5 at 7.)  The Court thus requires additional information.

On February 20, 2026, Petitioner filed the Petition. (Doc. 1.)  At this time, Petitioner was detained at the Otay Mesa Detention Facility. (*See id.* ¶¶ 5, 7.)  On February 23, 2026, the Court issued its Order to Show Cause, which set a briefing schedule and ordered that "[t]o preserve the Court's jurisdiction and to maintain the status quo, Petitioner **SHALL NOT** be transferred outside of the Southern District of California pending a ruling in this matter." (Doc. 2 at 1–2 (emphasis in original) (citation omitted).)  On March 2, 2026, Respondents filed their Return to Petition for Writ of Habeas Corpus. (Doc. 4.)  The Return

1

does not indicate that Petitioner had been transferred to California City Detention Facility. On March 6, 2026, Petitioner filed his Reply, indicating that he had been transferred to California City Detention Facility "since filing his habeas petition." (Doc. 5 at 7.)

Therefore, the Court **ORDERS** the Parties to file a Joint Status Report on or before **March 30, 2026**. The Joint Status Report shall include: (1) when Petitioner was transferred to California City Detention Facility, with documentary evidence indicating the date of transfer; and (2) whether, at the time of the filing of the Petition, the Court had jurisdiction. *See Cruz Escamilla v. Brightman*, 3:25-cv-03518-RBM-BLM, ECF No. 2 (S.D. Cal. Dec. 12, 2025) (discussing the requirement that a petition for writ of habeas corpus under 28 U.S.C. § 2241 must be brought in the district in which the petitioner is presently confined).

**IT IS SO ORDERED**.

DATE:  March 23, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-01116-RBM-MMP